IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___JE___ D.C.

05 JUL 11 PM 3:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARIO BECERRIL and MARIA ISABEL
BECERRIL, Individually and as Husband
and Wife,

    Plaintiffs,

Vs.                                                    NO:   04-2688-MI P

PHILLIP BARTLETT and WERNER
ENTERPRISES, INC. OF NEBRASKA,

    Defendants.

### ORDER GRANTING LEAVE TO FILE A REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

This cause came on to be heard upon Plaintiffs' Motion for Leave to File a Reply to Defendant's Memorandum in Opposition to Plaintiffs' Motion to Compel Discovery and upon the entire record in the cause, from all of which it appears to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Leave to File a Reply to Defendant's Memorandum in Opposition to Plaintiffs' Motion to Compel Discovery is hereby granted.

_____
JUDGE
DATE _July 11, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-12-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02688 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Barry J. McWhirter
MCWHIRTER WYATT BRANNON & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT