UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 18 PM 2:03
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

MARIO BECERRIL and
MARIA ISABEL BECERRIL

**JUDGMENT IN A CIVIL CASE**

VS

PHILLIP BARTLETT and WERNER
ENTERPRISES, INC. OF NEBRASKA.

CASE NO: 04-2688 Ml/V

This action having been dismissed by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulation of Dismissal filed November 10, 2005, this case is DISMISSED with prejudice. Court costs are to be paid by the defendants.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Nov. 17, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02688 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Barry J. McWhirter
MCWHIRTER WYATT BRANNON & ELDER
73 Union Ave.
Memphis, TN 38103

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT